58406. KALB et al. v. GWINNETT COMMERCIAL BANK et al.

Sognier, Judge.

The judgment of this court in the above-styled case was reversed by the Supreme Court of Georgia, 246 Ga. 228 (1980). Accordingly, our opinion in *Kalb v. Gwinnett Commercial Bank,* 153 Ga. App. 833 (267 SE2d 258) (1980) is vacated, and the judgment of the trial court is affirmed.

*Judgment affirmed. Deen, C. J., and Birdsong, J., concur.*

Argued September 25, 1979 — Decided November 5, 1980.

*Fred A. Gilbert, Taylor W. Jones, Michael R. Uth,* for appellants.

*John F. Doran, Jr., Roger W. Moister, Jr.,* for appellees.

*Matthew H. Patton, Alfred S. Lurey,* amicus curiae.